IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TAMMY S. KING, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:13cv00005 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Before me is the Report and Recommendation ("R & R") of the Hon. B. Waugh Crigler recommending that I grant the Commissioner's Motion for Summary Judgment [ECF No. 15], affirm the Commissioner's final decision, and dismiss this case. Plaintiff filed timely Objections on October 15, 2013 [ECF No. 18], and the Commissioner responded on October 24, 2013 [ECF No. 19]. The Objections are now ripe for consideration. See Fed. R. Civ. P. 72(b). I have reviewed the Magistrate Judge's recommendation, Plaintiff's Objections, the Commissioner's response, and the relevant portions of the Record. For the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objections, **ADOPT** Judge Crigler's R & R, **DENY** Plaintiff's Motion for Summary Judgment, **GRANT** the Commissioner's Motion for Summary Judgment, and **DISMISS** this case from the active docket of the Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 26th day of November, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE